1  MARC J. FAGEL (Cal. Bar No. 154425)
   ROBERT L. TASHJIAN (Cal. Bar No. 191007)
2    tashjianr@sec.gov
   CATHERINE D. WHITING (Cal. Bar No. 190436)
3    whitingc@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501
7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13
   SECURITIES AND EXCHANGE COMMISSION,    Case No.  CV 08 2367 HRL
14
                    Plaintiff,
15                                         CERTIFICATE OF SERVICE
          v.
16
   MARVELL TECHNOLOGY GROUP, LTD. and
17 WEILI DAI,

18
                    Defendants.
19

20        I, Martha D. Dewing, am a citizen of the United States, over 18 years of age, and am not a

21 party or counsel to a party in this action.  On May 9, 2008, served true and correct copies of the

22 following:

23        **CIVIL COVER SHEET**

24
          **SUMMONS**
25
          **COMPLAINT**
26

27        **DEFENDANT MARVELL TECHNOLOGY GROUP, LTD.'S CONSENT TO**
          **FINAL JUDGMENT**
28

**[PROPOSED] FINAL JUDGMENT AS TO DEFENDANT MARVELL TECHNOLOGY GROUP, LTD.**

**DEFENDANT WEILI DAI'S CONSENT TO FINAL JUDGMENT**

**[PROPOSED] FINAL JUDGMENT AS TO DEFENDANT WEILI DAI**

**[AMENDED PROPOSED] FINAL JUDGMENT AS TO DEFENDANT WEILI DAI**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**DROP BOX FILING PROCEDURES**

**WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE**

**CRIMINAL & CIVIL LAW & HEARING SCHEDULES**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE**

**ECF REGISTRATION INFORMATION HANDOUT**

**CERTIFICATE OF SERVICE**

I served true and correct copies via **U.S. MAIL** addressed to the following:

Boris Feldman, Esq.
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 94304
Counsel for Marvell Technology Group, Ltd.

Michele Hirshman, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Counsel for Weili Dai

Charles E. Davidow, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP

1 | 1615 L Street, NW
Suite 1300
2 | Washington, DC 20036-5694
Counsel for Weili Dai

3

4          I declare under penalty of perjury that the foregoing is true and correct.

5          Executed at San Francisco, California on May 9, 2008.

6

7                              Martha D. Dewing

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28