MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT L. TASHJIAN (Cal. Bar No. 191007)
  tashjianr@sec.gov
CATHERINE D. WHITING (Cal. Bar No. 190436)
  whitingc@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MARVELL TECHNOLOGY GROUP, LTD. and WEILI DAI, <br><br> Defendants. | Case No. CV 08 2367 HRL <br><br> CERTIFICATE OF SERVICE |

I, Martha D. Dewing, am a citizen of the United States, over 18 years of age, and am not a party or counsel to a party in this action. On May 13, 2008, served true and correct copies of the following:

**CONSENT OF ALL PARTIES TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I served true and correct copies via **U.S. MAIL** addressed to the following:

Boris Feldman, Esq.
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 94304
Counsel for Marvell Technology Group, Ltd.

Michele Hirshman, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Counsel for Weili Dai

Charles E. Davidow, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036-5694
Counsel for Weili Dai

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on May 13, 2008.

*/s/ Martha D. Dewing*
Martha D. Dewing